384TH DISTRICT COURT, 500 E. SAN ANTONIO Ave. #906
(915)546-2134 (915)543-3882
gstephens@epcounty.com

1

*30 days granted*
*5-11-15*

April 29, 2015

FILED IN
COURT OF CRIMINAL APPEALS

APR 30 2015

Abel Acosta, Clerk

Court of Criminal Appeals
500 E. San Antonio Ave. #1203
El Paso, TX 79901

Re:  Fidencio Valdez v. State of Texas
Appellate Cause Number:  AP-77,042

I, Genesis C. Stephens, Official Court Reporter, certify to the Court that I am unable to file the reporter's record in the above styled and numbered case due April 30, 2015 due to my current case load.  I respectfully ask the Court to grant a 60-day extension of time, or as much time as may be allotted for this type of record.  Thank you.

/s/Genesis C. Stephens
Genesis C. Stephens, TEXAS CSR #7835
Expires December 31, 2015